**JUDGE RONALD GUZMAN**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS   **MAGISTRATE JUDGE ASHMAN**
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **07CR   754** |
| | ) | No._____ |
| v. | ) | Violations: Title 15, United States Code, |
| | ) | Sections 78m(a) and 78 ff(a) |
| JON A. DARMSTADTER | ) | |

COUNT ONE

**FILED**

The SPECIAL AUGUST 2006-2 GRAND JURY charges:

NOV 1 5 2007

1. At times material to this indictment:

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

    a. Zkid Network Company (hereinafter "Zkid") was a publicly-owned corporation organized under the laws of the State of Nevada, with its principal place of business located in Chicago, Illinois.

    b. Zkid common stock was registered with the Securities and Exchange Commission and was publicly traded on the NASD OTC system.

    c. Zkid represented itself to be a media content company for children, with proprietary software, called KidsKeep, that reportedly created an animated and safe internet environment for children ages 4-10.

    d. Defendant JON A. DARMSTADTER was Zkid's Chief Executive Officer, Chief Financial Officer, and a Director from in or about July 2001 to in or about May 2004.

    e. Pursuant to 17 Code of Federal Regulations § 240.13a-1 and 17 C.F.R. § 249.310, Zkid was required to file every year with the Securities and Exchange Commission an annual report, known generally as a Form 10-K, setting out, among other things, an accurate statement of its financial condition and business operations for the preceding fiscal year. Pursuant to 17 C.F.R. § 240.13a-13 and 17 C.F.R. § 249.308(a),

Zkid was also required to file with the Securities and Exchange Commission, after the close of each of the first three quarters of its fiscal year, a quarterly report, known generally as a Form 10-Q, setting forth, among other things, an accurate statement of its financial condition and business operations during the preceding quarter.

  f. A Form 10-KSB is a type of Form 10-K annual report used by small businesses. A Form 10-QSB is a type of Form 10-Q quarterly report used by small businesses.

  2. On or about November 22, 2002, in the Northern District of Illinois Eastern Division, and elsewhere,

JON A. DARMSTADTER,

defendant herein, willfully and knowingly made, and caused to be made, in a document required to be filed with the Securities and Exchange Commission by Title 15, United States Code, § 78m(a), and Title 17, Code of Federal Regulations, §§ 240.13a-1 and 249.310, to-wit: Form 10-QSB, for the quarter ended September 30, 2002, statements which he knew to be false and misleading with respect to material facts involving the business operation of Zkid, including:

  i. that the Zkid Network and KidsKeep client software had completed final beta testing and was available for distribution; when, in fact, as defendant DARMSTADTER well knew and believed, the Zkid Network and KidsKeep client software had not completed final beta testing and was not available for distribution.

  ii. that all Zkid server technologies had passed beta cycles and stood ready for implementation; when, in fact, as defendant DARMSTADTER well knew and believed, all Zkid server technologies had not passed beta cycles and did not stand ready for implementation.

    iii. that Zkid's CD was ready for production; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's CD was not ready for production.

    iv. that Zkid's network currently had the capability to handle 10,000 users/subscribers; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's network did not currently have the capability to handle 10,000 users/subscribers.

    v. that Zkid's network development and content was ready for subscriber use up to 10,000 individuals; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's network development and content was not ready for subscriber use up to 10,000 individuals;

  In violation of Title 15, United States Code, Sections 78m(a) and 78ff(a).

## COUNT TWO

The SPECIAL AUGUST 2006-2 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated and realleged as though fully set forth herein.

2. On or about April 15, 2003, in the Northern District of Illinois Eastern Division, and elsewhere,

### JON A. DARMSTADTER,

defendant herein, willfully and knowingly made, and caused to be made, in a document required to be filed with the Securities and Exchange Commission by Title 15, United States Code, § 78m(a), and Title 17, Code of Federal Regulations, §§ 240.13a-1 and 249.310, to-wit: Form 10-KSB, for the year ended December 31, 2002, statements which he knew to be false and misleading with respect to material facts involving the business operation of Zkid, including:

    i. that the Zkid Network and KidsKeep client software had completed final beta testing and was available for distribution; when, in fact, as defendant DARMSTADTER well knew and believed, the Zkid Network and KidsKeep client software had not completed final beta testing and was not available for distribution.

    ii. that all Zkid server technologies had passed beta cycles and stood ready for implementation; when, in fact, as defendant DARMSTADTER well knew and believed, all Zkid server technologies had not passed beta cycles and did not stand ready for implementation.

    iii. that Zkid's CD was ready for production; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's CD was not ready for production.

    iv. that Zkid's network currently had the capability to handle 10,000

users/subscribers; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's network did not currently have the capability to handle 10,000 users/subscribers.

      v.      that Zkid's network development and content was ready for subscriber use up to 10,000 individuals; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's network development and content was not ready for subscriber use up to 10,000 individuals;

In violation of Title 15, United States Code, Sections 78m(a) and 78ff(a).

## COUNT THREE

The SPECIAL AUGUST 2006-2 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated and realleged as though fully set forth herein.

2. On or about April 23, 2003, in the Northern District of Illinois Eastern Division, and elsewhere,

### JON A. DARMSTADTER,

defendant herein, willfully and knowingly made, and caused to be made, in a document required to be filed with the Securities and Exchange Commission by Title 15, United States Code, § 78m(a), and Title 17, Code of Federal Regulations, §§ 240.13a-1 and 249.310, to-wit: Form 10-KSB, for the year ended December 31, 2002, Amendment 1, statements which he knew to be false and misleading with respect to material facts involving the business operation of Zkid, including:

   i. that the Zkid Network and KidsKeep client software had completed final beta testing and was available for distribution; when, in fact, as defendant DARMSTADTER well knew and believed, the Zkid Network and KidsKeep client software had not completed final beta testing and was not available for distribution.

   ii. that all Zkid server technologies had passed beta cycles and stood ready for implementation; when, in fact, as defendant DARMSTADTER well knew and believed, all Zkid server technologies had not passed beta cycles and did not stand ready for implementation.

   iii. that Zkid's CD was ready for production; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's CD was not ready for production.

   iv. that Zkid's network currently had the capability to handle 10,000

users/subscribers; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's network did not currently have the capability to handle 10,000 users/subscribers.

    v.  that Zkid's network development and content was ready for subscriber use up to 10,000 individuals; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's network development and content was not ready for subscriber use up to 10,000 individuals;

In violation of Title 15, United States Code, Sections 78m(a) and 78ff(a).

## COUNT FOUR

The SPECIAL AUGUST 2006-2 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated and realleged as though fully set forth herein.

2. On or about May 19, 2003, in the Northern District of Illinois Eastern Division, and elsewhere,

## JON A. DARMSTADTER,

defendant herein, willfully and knowingly made, and caused to be made, in a document required to be filed by Title 15, United States Code, § 78m(a), and Title 17, Code of Federal Regulations, §§ 240.13a-1 and 249.310, to-wit: Form 10-QSB, for the quarter ended March 31, 2003, statements which he knew to be false and misleading with respect to material facts involving the business operation of Zkid, including:

    i. that the Zkid Network and KidsKeep client software had completed final beta testing and was available for distribution; when, in fact, as defendant DARMSTADTER well knew and believed, the Zkid Network and KidsKeep client software had not completed final beta testing and was not available for distribution.

    ii. that all Zkid server technologies had passed beta cycles and stood ready for implementation; when, in fact, as defendant DARMSTADTER well knew and believed, all Zkid server technologies had not passed beta cycles and did not stand ready for implementation.

    iii. that Zkid's CD was ready for production; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's CD was not ready for production.

    iv. that Zkid's network currently had the capability to handle 10,000 users/subscribers; when, in fact, as defendant DARMSTADTER well knew and believed,

Zkid's network did not currently have the capability to handle 10,000 users/subscribers.

      v.    that Zkid's network development and content was ready for subscriber use up to 10,000 individuals; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's network development and content was not ready for subscriber use up to 10,000 individuals;

In violation of Title 15, United States Code, Sections 78m(a) and 78ff(a).

## COUNT FIVE

The SPECIAL AUGUST 2006-2 GRAND JURY further charges:

1. Paragraph 1 of Count One is incorporated and realleged as though fully set forth herein.

2. On or about August 19, 2003, in the Northern District of Illinois, Eastern Division, and elsewhere,

### JON A. DARMSTADTER,

defendant herein, willfully and knowingly made, and caused to be made, in a document required to be filed with the Securities and Exchange Commission by Title 15, United States Code, § 78m(a), and Title 17, Code of Federal Regulations, §§ 240.13a-1 and 249.310, to-wit: Form 10-QSB, for the quarter ended June 30, 2003, statements which he knew to be false and misleading with respect to material facts involving the business operation of Zkid, including:

   i. that Zkid's CD was ready for production; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's CD was not ready for production.

   ii. that Zkid's network currently had the capability to handle 10,000 users/subscribers; when, in fact, as defendant DARMSTADTER well knew and believed, Zkid's network did not currently have the capability to handle 10,000 users/subscribers.

   iii. that Zkid's network development and content was ready for subscriber use up to 10,000 individuals; when, in fact, as defendant DARMSTADTER well knew and

believed, Zkid's network development and content was not ready for subscriber use up to 10,000 individuals;

In violation of Title 15, United States Code, Sections 78m(a) and 78ff(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY