## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 754 - 1 | **DATE** | 11/26/2007 |
| **CASE TITLE** | USA vs. John Dormstadter | | |

**DOCKET ENTRY TEXT**

It is hereby ordered that this case is unsealed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | IS |
|---|---|---|