07 CR 754 Judge Guzman
Magistrate Judge Ashman

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 04 GJ 0875 | DATE | NOVEMBER 15, 2007 |
| CASE TITLE | US v. JON A. DARMSTADTER | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING AND REQUEST TO SEAL**

The Grand Jury for the SPECIAL AUGUST 2006-2 Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Nan R. Nolan_

FILED NOV 15 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

Docket Entry:

TO ISSUE BENCH WARRANT AND SET PRELIMINARY BOND AT $50,000.00 (SECURED). THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT UNITED STATES ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL NOVEMBER 18, 2007 @ THE CLOSE OF BUSINESS OR UNTIL ARREST OF THE DEFENDANT OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANT.

_Nan R. Nolan_

SIGNATURE OF JUDGE      (ONLY IF FILED
OR MAGISTRATE JUDGE      UNDER SEAL)

BW Issued
NOV 1 6 2007

BW 4SM

| | | |
|---|---|---|
| ___ No notices required, advised in open court. | | Number of notices |
| ___ No notices required. | | Date docketed |
| ___ Notices mailed by judge's staff. | | Docketing dpty. initials |
| ___ Notified counsel by telephone. | | Date mailed notice |
| ___ Docketing to mail notices | | |
| ___ Mail AO 450 form. | | Mailing dpty. initials |
| ___ Copy to judge/magistrate judge. | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | DOCKET# |