## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 754 - 1 | **DATE** | 11/28/2007 |
| **CASE TITLE** | USA vs. Jon A. Darmstadter | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters plea of not guilty to all counts. 16.1(A) conference to be held by or on 12/5/2007. Pretrial motions to be filed by or on 12/12/2007. Response to be filed by or on 12/19/2007. Status hearing set for 12/20/2007 at 10:30 a.m., before Judge Guzman. Time is excludable under 18:3161(h)(1)(F) (E-X).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:08

| | Courtroom Deputy Initials: | IS |
|---|---|---|