# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 754 | **DATE** | 1/25/2008 |
| **CASE TITLE** | USA vs. DARMSTADTER | | |

**DOCKET ENTRY TEXT**

Enter agreed order granting defendant permission to leave the jurisdiction from 1/31/08 through 2/3/08.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|

