IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| | ) No. 07 CR 754 |
| JON DARMSTADTER, | ) Judge Guzman |
| Defendant. | ) ) ) |

### AGREED ORDER GRANTING DEFENDANT
### PERMISSION TO LEAVE JURISDICTION

Defendant, Jon Darmstadter, has requested permission to leave the jurisdiction to travel to Phoenix, Arizona, for business purposes. The government and Pretrial Services having been notified, and having agreed, Mr. Darmstadter is hereby given permission to travel from Chicago to Phoenix, Arizona from January 31, 2008 through February 3, 2008. Prior to leaving Chicago, Mr. Darmstadter is to provide Pretrial Services with (1) his cellular telephone number where he can be reached in Arizona; (2) the name and telephone number of the hotel at which he will be staying; and (3) the flight itineraries applicable to the trip.

ENTERED: _____
Judge Ronald A. Guzman

1/25/08