## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 754 | **DATE** | 3/5/2008 |
| **CASE TITLE** | USA vs. DARMSTADTER | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 4/23/08 at 9:30 a.m. All pretrial motions to be filed on or before 4/21/08. Motion to withdraw as attorney to Jon A Darmstadter by Andrew Staes and Stephen Scallan [13] is granted. New counsel to file appearances. Government's oral motion to exclude time for pretrial motions is granted. Time is ordered excluded pursuant to Title 18 U.S.C. Section 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CG |
|---|---|---|