# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>United States<br>v.<br>Jon A. Darmstadter | Case Number: 07 CR 754 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT JON A. DARMSTADTER

FILED
MAR - 5 2008
Mar. 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| |
|---|
| NAME (Type or print)<br>LAWRENCE WOLF LEVIN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ |
| FIRM<br>Law Offices of Lawrence Wolf Levin |
| STREET ADDRESS<br>214 W. Ohio St., 5th Floor |
| CITY/STATE/ZIP<br>Chicago, IL 60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1634062 | TELEPHONE NUMBER<br>(312) 236-7543 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐