# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                Case No.: 1:07−cr−00754
                                Honorable Ronald A. Guzman

Jon A Darmstadter

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 14, 2008:

        MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 4/14/2008. Defendant's motion for extension of time to file pretrial motions [18] is granted to and including 5/9/08. Status hearing set for 4/28/08 is reset to ** 5/22/2008 at 10:30 AM. Oral motion of government to exclude time is granted. In the interest of justice, time to be excluded under 18 USC Section 3161(h)(8)(B)(i) and U.S. v. Tibboel, 753 F.2nd 608 (7th Cir. 1985). (X−T1)**NOTE NEXT STATUS HEARING DATE IS DIFFERENT THAN DATE SET IN OPEN COURT. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.