IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA         )
                                              )
         Plaintiff,            )
     v.                              )     No. 07 CR 754
                                              )     Honorable Judge Ronald A. Guzman
JON A. DARMSTADTER,         )
                                            )
         Defendant.         )

## NOTICE OF MOTION

TO:    Kaarina Salovaara
       United States Attorney's Office
       219 South Dearborn
       Suite 500
       Chicago, IL 60604

PLEASE TAKE NOTICE that on **April 30, 2008**, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant Darmstadter's **MOTION TO ENLARGE CONDITIONS OF BOND**, service of which is being made upon you.

Take further notice that I shall appear before the **Honorable Ronald A. Guzman**, or any judge sitting in his stead in **Courtroom 1219**, 219 South Dearborn Street, Chicago, Illinois, on **May 6, 2008**, at **9:30 a.m.** or as soon thereafter, and then and there present the above-mentioned motion.

                                      Respectfully submitted,

                                      S/Lawrence Wolf Levin
                                      LAWRENCE WOLF LEVIN

                                      S/Michelle M. Ferrigan
                                      MICHELLE M. FERRIGAN

LAWRENCE WOLF LEVIN
MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543

**CERTIFICATE OF SERVICE**

MICHELLE M. FERRIGAN, being first duly sworn on oath, deposes and states that she served the above-mentioned motion and this notice by electronic means to the above-mentioned party on <u>April 30, 2008</u>.

S/Michelle M. Ferrigan

MICHELLE M. FERRIGAN

MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543