IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>        Plaintiff, )<br>  v. )<br>)<br>JON A. DARMSTADTER, )<br>)<br>        Defendant. ) | No. 07 CR 754<br>Honorable Judge Ronald A. Guzman |

## NOTICE OF MOTION

TO:   Kaarina Salovaara
United States Attorney's Office
219 South Dearborn
Suite 500
Chicago, IL 60604

PLEASE TAKE NOTICE that on **April 30, 2008**, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant Darmstadter's **MOTION TO ENLARGE CONDITIONS OF BOND**, service of which is being made upon you.

Take further notice that I shall appear before the **Honorable Ronald A. Guzman**, or any judge sitting in his stead in **Courtroom 1219**, 219 South Dearborn Street, Chicago, Illinois, on **May 6, 2008**, at **9:30 a.m.** or as soon thereafter, and then and there present the above-mentioned motion.

                                        Respectfully submitted,

                                        S/Lawrence Wolf Levin
                                        LAWRENCE WOLF LEVIN

                                        S/Michelle M. Ferrigan
                                        MICHELLE M. FERRIGAN

LAWRENCE WOLF LEVIN
MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543

**CERTIFICATE OF SERVICE**

MICHELLE M. FERRIGAN, being first duly sworn on oath, deposes and states that she served the above-mentioned motion and this notice by electronic means to the above-mentioned party on <u>April 30, 2008</u>.

                                                S/Michelle M. Ferrigan
                                                MICHELLE M. FERRIGAN

MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543