IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 CR 754 |
| | ) | Honorable Judge Ronald A. Guzman |
| JON A. DARMSTADTER, | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Kaarina Salovaara
United States Attorney's Office
219 South Dearborn
Suite 500
Chicago, IL 60604

PLEASE TAKE NOTICE that on **May 29, 2008**, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Defendant Darmstadter's **MOTION TO ENLARGE CONDITIONS OF BOND**, service of which is being made upon you.

Take further notice that I shall appear before **Magistrate Judge Martin C. Ashman**, or any judge sitting in his stead in **Courtroom 1386**, 219 South Dearborn Street, Chicago, Illinois, on **June 3, 2008**, at **10:30 a.m.** or as soon thereafter, and then and there present the above-mentioned motion.

Respectfully submitted,

S/Lawrence Wolf Levin
LAWRENCE WOLF LEVIN

S/Michelle M. Ferrigan
MICHELLE M. FERRIGAN

LAWRENCE WOLF LEVIN
MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543

**CERTIFICATE OF SERVICE**

MICHELLE M. FERRIGAN, being first duly sworn on oath, deposes and states that she served the above-mentioned motion and this notice by electronic means to the above-mentioned party on <u>May 29, 2008</u>.

S/Michelle M. Ferrigan

MICHELLE M. FERRIGAN

MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543