# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 754 - 1 | **DATE** | 6/3/2008 |
| **CASE TITLE** | USA vs. Jon A. Darmstadter | | |

**DOCKET ENTRY TEXT**

Defendant's motion to enlarge conditions of bond [35] is granted without objection. Defendant's conditions of bond is temporary modified to permit him to travel to New York, New York on 6/10/2008 through 6/12/2008 to attend the Licensing International Expo, an international merchandise trade show at the Jacob Javits Center.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | IS |
|---|---|---|