## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 754 - 1 | **DATE** | 6/6/2008 |
| **CASE TITLE** | USA vs. Jon A. Darmstadter | | |

**DOCKET ENTRY TEXT**

Defendant's conditions of bond is temporary modified to permit him to travel to Kansas City, Missouri on 6/17/2008 for a one day trip as stated orally in open court on 6/3/2008.

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | IS |
|---|---|---|