IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 07 CR 754 |
| | ) | Hon. Ronald A. Guzman |
| JON A. DARMSTADTER | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF UNRESOLVED ISSUES

NOW COMES the Defendant, Jon A. Darmstadter, by and through his attorneys, Lawrence Wolf Levin and Michelle M. Ferrigan, and hereby submits his statement of unresolved issues in the above-captioned matter:

### Motion for Disclosure of Favorable Evidence and Motion for Discovery

1. Although a pretrial conference has not been held in this matter, nor has the Government filed responses to Defendant's pretrial motions, Defendant respectfully requests that the Government be required to provide all Brady and impeachment/Giglio evidence to defense counsel no later than four weeks prior to trial in this case.

2. The discovery in this matter is voluminous, consisting of over 7,000 pages. Therefore, the request for the above materials to be tendered four weeks prior to trial will allow sufficient time for adequate preparation of the defense in this matter.

### Motion for a Santiago Hearing

1. Although a pretrial conference has not been held in this matter, nor has the Government filed a response to Defendant's pretrial motions, Defendant respectfully requests that the Government be required to file any Santiago proffer no later than four weeks before trial for the same reasons set forth above.

### Motion for Pre-Trial Production of Jenck's Act Material

1. Although a pretrial conference has not been held in this matter, nor has the Government filed a response to Defendant's pretrial motions, Defendant respectfully requests that the Government be required to provide any material pursuant to 18 U.S.C. 3500 no later than four weeks prior to trial, for the reasons previously set forth above.

**Motion for 404(b) Evidence**

1.       Although a pretrial conference has not been held in this matter, nor has the Government filed a response to Defendant's pretrial motions, Defendant respectfully requests that the Government be required to give notice of certain 404(b) evidence no later than four weeks prior to trial, for the reasons previously set forth above.

Respectfully submitted,

S/ Lawrence Wolf Levin
LAWRENCE WOLF LEVIN

S/Michelle M. Ferrigan
MICHELLE M. FERRIGAN

LAWRENCE WOLF LEVIN
MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, IL 60610
(312) 236-7543