IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07 CR 754 |
| | ) | Honorable Judge Ronald A. Guzman |
| JON A. DARMSTADTER | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO ENLARGE CONDITIONS OF BOND**

NOW COMES the Defendant, Jon A. Darmstadter, by and through his attorneys, Lawrence Wolf Levin and Michelle M. Ferrigan, and respectfully submits the following request to enlarge the conditions of his bond, and states as follows:

1. That the Defendant is currently charged with violating Title 15 U.S.C. Section 78m(a) and Section 78ff(a).

2. The Defendant previously surrendered his passport and is on pretrial release. Since that time, he has met the conditions set by the Court for his release.

3. The Defendant is requesting a temporary modification of those conditions to permit him to travel to Ann Harbor, Michigan on October 3, 2008 through October 4, 2008 for the purpose of visiting his daughter, who is a student at the University of Michigan.

4. The Defendant is requesting a temporary modification of those conditions to also permit him to travel to Washington, D.C. and Philadelphia, Pennsylvania on October 17, 2008 through October 20, 2008 for the purpose of visiting George Washington University, American University, and the University of Pennsylvania with his son, prospective colleges in which his son is looking to attend.

5. The Defendant is also requesting a temporary modification of those conditions to permit him to travel to Nashville, Tennessee on November 6, 2008 through November 8, 2008 for the purpose of visiting Vanderbilt University with his son, another prospective college his son is considering attending.

6. The Defendant is further requesting a temporary modification of those conditions to permit him to travel to Los Angeles/San Diego, California to meet with Mr.

Michael Corrigan, located at 7770 Regents Road, and to Las Vegas, Nevada to meet with Mr. Bradley Richardson of Gordon and Silver, located at 3960 Howard Hughes Parkway, both locations are for the purpose of business meetings from November 13, 2008 through November 16, 2008.

      7.     This Honorable Court has allowed Defendant to travel previously and Defendant incurred no problems and was present in Court on each and every Court date.

      8.     That if this Honorable Court allows the expansion of bond, the Defendant understands his obligation and agrees to coalesce to each and every one of the conditions and follow each and every one of the regulations set by this Court and/or Pretrial Services, in appearing on each and every occasion when called to do so, and adhering to all of the rules and regulations, if the Court agrees to enlarge the jurisdictional area.

WHEREFORE, for the above and foregoing reasons, Jon A. Darmstadter, defendant herein, moves this Honorable Court to enlarge the bond so as to allow travel as set forth above.

                                                     Respectfully submitted,

                                                   S/Lawrence Wolf Levin
                                                   LAWRENCE WOLF LEVIN

                                                   S/Michelle M. Ferrigan
                                                   MICHELLE M. FERRIGAN

LAWRENCE WOLF LEVIN
MICHELLE M. FERRIGAN
Law Offices of Lawrence Wolf Levin
214 W. Ohio St., 5th Floor
Chicago, Illinois 60610
(312) 236-7543