# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 754 | **DATE** | 3/5/10 |
| **CASE TITLE** | USA vs. Jon A Darmstadter | | |

**DOCKET ENTRY TEXT**

Status hearing held. Government's oral motion to dismiss indictment is granted. It is hereby ordered that all counts are dismissed. This case is terminated. Any pending motions or schedules are stricken as moot.

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | CG |
|---|---|---|